# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     LINDA L. MANZELLA | : | Bankruptcy No. 15-14530 REF |
| | : | |
|     Debtor | : | Chapter 13 |

## **CERTIFICATION OF NO OBJECTION**

AND NOW, this 22nd day of August, 2016, David S. Gellert, Esquire, of David S. Gellert, P.C.**,** attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated July 29, 2016 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated: August 22, 2016                                        s/ David S. Gellert
                                                                                David S. Gellert, Esquire
                                                                                David S. Gellert, P.C.
                                                                                3506 Perkiomen Avenue
                                                                                Reading, PA 19606
                                                                                (610) 779-8000
                                                                                Fax: (610) 370-1393