# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    LINDA L. MANZELLA | : | Bankruptcy No. 15-14530 REF |
| | : | |
|    Debtor | : | Chapter 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Linda L. Manzella, through her attorney, David S. Gellert, Esquire, of David S. Gellert, P.C., has filed a Motion to Modify Plan under § 1329 with the Court providing for payment of the arrearages in the Amended Proof of Claim of U.S. Bank National Association in the amount of $26,133.43 in accordance with the Second Amended Chapter 13 Plan.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 14, 2017, you or your attorney must do all of the following:

    a.    File an answer explaining your position at:

        Clerk's Office of the U. S. Bankruptcy Court
        The Madison, 400 Washington Street
        Reading, PA 19601

        If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b.    Mail a copy to the movant's attorney:

        David S. Gellert, Esquire
        David S. Gellert, P.C.
        3506 Perkiomen Avenue
        Reading, PA 19606
        (610) 779-8000
        Fax: (610) 370-1393

     2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

     3.  A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on March 23, 2017 at 9:30 A.M. in Courtroom #1, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading, PA 19601.

     4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

     5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:  02/28/2017

     s/  David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax:  (610) 370-1393