**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    LINDA L. MANZELLA | : | Bankruptcy No. 15-14530 REF |
| | : | |
|    Debtor | : | Chapter 13 |

**ORDER APPROVING MODIFICATION OF PLAN**
**UNDER § 1329**

Upon consideration of the Debtor's Motion to Modify her Chapter 13 Plan, it is hereby

**ORDERED** that the Debtor's Second Amended Chapter 13 Plan providing for payment

of the Amended Proof of Claim of U.S. Bank National Association in the amount of $26,133.43

is approved.

BY THE COURT:

**Date: March 20, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge