United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-14530-ref
Linda L. Manzella                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen           Page 1 of 1           Date Rcvd: Mar 20, 2017
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.
db             +Linda L. Manzella,    14 Boulder Lake Drive,    Wernersville, PA 19565-9310
13559333       +U.S. Bank National Association, Et Al...,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13609717       +U.S. Bank National Association, et al,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7142,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               crmomjian@attorneygeneral.gov
              DAVID S. GELLERT    on behalf of Debtor Linda L. Manzella dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Plaintiff Linda L. Manzella dsgrdg@ptdprolog.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    LINDA L. MANZELLA              :           Bankruptcy No. 15-14530 REF
                                                    :
    Debtor                         :           Chapter 13

## ORDER APPROVING MODIFICATION OF PLAN
## UNDER § 1329

Upon consideration of the Debtor's Motion to Modify her Chapter 13 Plan, it is hereby

**ORDERED** that the Debtor's Second Amended Chapter 13 Plan providing for payment of the Amended Proof of Claim of U.S. Bank National Association in the amount of $26,133.43 is approved.

BY THE COURT:

**Date: March 20, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge