# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     LINDA L. MANZELLA | : | Bankruptcy No. 15-14530 REF |
| | : | |
|     Debtor | : | Chapter 13 |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 11$^h$ day of April, 2017, David S. Gellert, Esquire, of David S. Gellert, P.C.**,** attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated March 20, 2017 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor**.**

                                                                        s/   David S. Gellert  
                                                                        David S. Gellert, Esquire  
                                                                        David S. Gellert, P.C.  
                                                                        3506 Perkiomen Avenue  
                                                                        Reading, PA 19606  
                                                                        (610) 779-8000  
                                                                        Fax: (610) 370-1393