**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: :
    LINDA L. MANZELLA : Bankruptcy No. 15-14530 REF
     :
    Debtor : Chapter 13

## ORDER APPROVING COMPENSATION

Upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor, and the failure of any party to file an answer or request a hearing, it is hereby

**ORDERED** that the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor, in the amount of $725.00 for compensation and the amount of $16.80 for reimbursement of expenses is hereby approved.

BY THE COURT:

**Date: April 12, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge