United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-14530-ref
Linda L. Manzella                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen          Page 1 of 1          Date Rcvd: Apr 12, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
db             +Linda L. Manzella,    14 Boulder Lake Drive,    Wernersville, PA 19565-9310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of PA, Dept of Revenue
               crmomjian@attorneygeneral.gov
              DAVID S. GELLERT    on behalf of Debtor Linda L. Manzella dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Plaintiff Linda L. Manzella dsgrdg@ptdprolog.net
              DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    LINDA L. MANZELLA              :        Bankruptcy No. 15-14530 REF
                                                :
    Debtor                         :        Chapter 13

## ORDER APPROVING COMPENSATION

Upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor, and the failure of any party to file an answer or request a hearing, it is hereby

**ORDERED** that the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor, in the amount of $725.00 for compensation and the amount of $16.80 for reimbursement of expenses is hereby approved.

BY THE COURT:

**Date: April 12, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge