| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-14530-PMM

LINDA L. MANZELLA  
14 BOULDER LAKE DRIVE  
WERNERSVILLE  PA    19565

Petition Filed Date: 06/26/2015  
341 Hearing Date: 08/11/2015  
Confirmation Date: 07/28/2016

Case Status: Completed on 7/ 2/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/15/2019 | $887.00 | | 03/21/2019 | $1,774.00 | | 04/26/2019 | $887.00 | |
| 05/30/2019 | $887.00 | | 07/08/2019 | $1,774.00 | | 08/05/2019 | $887.00 | |
| 10/03/2019 | $887.00 | | 10/31/2019 | $887.00 | | 12/09/2019 | $887.00 | |
| 01/03/2020 | $887.00 | | 01/30/2020 | $887.00 | | 03/05/2020 | $887.00 | |
| 04/02/2020 | $887.00 | | 04/30/2020 | $887.00 | | 06/05/2020 | $887.00 | |
| 07/02/2020 | $887.00 | | | | | | | |

**Total Receipts for the Period:** $15,966.00    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $48,480.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP  »» 003 | Unsecured Creditors | $485.81 | $11.91 | $473.90 |
| 4 | QUANTUM3 GROUP LLC as agent for  »» 004 | Unsecured Creditors | $83.83 | $2.05 | $81.78 |
| 2 | UNITED STATES TREASURY (IRS)  »» 02P | Priority Crediors | $10,623.87 | $10,623.87 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)  »» 02U | Unsecured Creditors | $51,231.14 | $1,256.36 | $49,974.78 |
| 1 | PA DEPARTMENT OF REVENUE  »» 01P | Priority Crediors | $432.97 | $432.97 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE  »» 01S | Secured Creditors | $1,422.12 | $1,422.12 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE  »» 01U | Unsecured Creditors | $40,514.99 | $993.56 | $39,521.43 |
| 5 | SELECT PORTFOLIO SERVICING INC  »» 005 | Mortgage Arrears | $18,254.58 | $18,254.58 | $0.00 |
| 7 | SELECT PORTFOLIO SERVICING  »» 007 | Mortgage Arrears | $7,878.85 | $7,878.85 | $0.00 |
| 6 | DAVID S GELLERT ESQ  »» 006 | Attorney Fees | $3,548.28 | $3,548.28 | $0.00 |

Chapter 13 Case No. 15-14530-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $48,480.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $44,424.55 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,055.45 | Total Plan Base: | $48,480.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.