```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
In re:                                                          Case No. 15-14530-pmm
Linda L. Manzella                                               Chapter 13
      Debtor
                           CERTIFICATE OF NOTICE
District/off: 0313-4      User: JEGilmore         Page 1 of 2          Date Rcvd: Aug 17, 2020
                          Form ID: 138NEW         Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db             +Linda L. Manzella,    14 Boulder Lake Drive,    Wernersville, PA 19565-9310
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
13564708       +Commonwealth of Pennsylvania,    c/o Carol E. Momjian, Esq.,    21 South 12th Street, 3rd Floor,
                 Philadelphia, PA 19107-3604
13552664       +Convergent Healthcare Recoveries,    121 NE Jefferson St., Ste. 100,   Peoria, IL 61602-1229
13552665       +Craig A. Hatch, Esquire,    Halbruner, Hatch & Guise, LLP,    2109 Market St.,
                 Camp Hill, PA 17011-4723
13552667       +Joshua L. Goldman, Esq.,    KML Law Group, P.C.,    701 Market St. Ste. 5000,
                 Philadelphia, PA 19106-1541
13552669       +Reading Health System,    P. O. Box 16051,    Reading, PA 19612-6051
13552670      #+Roseann G. Rothenberger,    Trustee,   402 Orchard Road,    Fleetwood, PA 19522-9020
13559333       +U.S. Bank National Association, Et Al...,    KML Law Group, P.C.,   701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13552671       +U.S. Bank, N.A.,    3415 Vision Dr.,   Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2020 04:24:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2020 04:23:49
                 Commonwealth of PA, Dept of Revenue,    Bureau of Compliance,   Dept. 280946,
                 Harrisburg, PA  17128-0946
13552661        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 18 2020 04:23:35    Bon-Ton/Comenity Bank,
                 Bankruptcy Dept.,   P. O. Box 182125,    Columbus, OH 43218-2125
13552662        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 04:25:54    Capital One,
                 P. O. Box 30285,   Salt Lake City, UT 84130-0285
13582185        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 04:25:41
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13767523       +E-mail/Text: dsgrdg@ptdprolog.net Aug 18 2020 04:23:37     David S. Gellert, Esquire,
                 David S. Gellert, P.C.,    3506 Perkiomen Avenue,   Reading, PA 19606-2711
13552666        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 18 2020 04:23:31    Internal Revenue Service,
                 P. O. Box 7346,   Philadelphia, PA 19101-7346
13552663        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 18 2020 04:25:52    Chase Home Finance,
                 3415 Vision Dr.,   Columbus, OH 43219-6009
13552668        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2020 04:23:48    PA Dept. of Revenue,
                 Bankruptcy Division,   Dept. 280946,    Harrisburg, PA 17128-0946
13559637        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2020 04:23:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13586833        E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2020 04:23:38
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13609717       +E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 18 2020 04:25:52
                 U.S. Bank National Association, et al,    c/o JPMorgan Chase Bank, N.A.,   3415 Vision Drive,
                 OH4-7142,   Columbus, OH 43219-6009
14247609        E-mail/Text: jennifer.chacon@spservicing.com Aug 18 2020 04:24:23
                 U.S. Bank, National Association,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JP Morgan Chase Bank N.A.
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-4          User: JEGilmore          Page 2 of 2                  Date Rcvd: Aug 17, 2020
                              Form ID: 138NEW          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee
               for the AFC Mortgage Loan Asset Backed Notes, Series 1999-4 alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               crmomjian@attorneygeneral.gov
              DAVID S. GELLERT    on behalf of Plaintiff Linda L. Manzella dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Debtor Linda L. Manzella dsgrdg@ptdprolog.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, National Association, as Indenture
               Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 1999-4 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Linda L. Manzella
      Debtor(s)　　　　　　　　　　　　　　　Bankruptcy No: 15−14530−pmm
　　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑　　2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑　　3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 8/17/20

　　　　　　　　　　　　　　　　　　　　　　　　　　　56 − 55
　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new