United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Linda L. Manzella  
    Debtor

Case No. 15-14530-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: JEGilmore     Page 1 of 1     Date Rcvd: Sep 17, 2020  
                 Form ID: 195       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.  
db          +Linda L. Manzella,   14 Boulder Lake Drive,   Wernersville, PA 19565-9310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2020 05:12:05  
             Commonwealth of PA, Dept of Revenue,   Bureau of Compliance,   Dept. 280946,  
             Harrisburg, PA 17128-0946  
                                                                                                                                 TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr           JP Morgan Chase Bank N.A.  
                                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:  
         ANDREW M. LUBIN    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee  
          for the AFC Mortgage Loan Asset Backed Notes, Series 1999-4 alubin@milsteadlaw.com,  
          bkecf@milsteadlaw.com  
         CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue  
          crmomjian@attorneygeneral.gov  
         DAVID S. GELLERT    on behalf of Debtor Linda L. Manzella dsgrdg@ptdprolog.net  
         DAVID S. GELLERT    on behalf of Plaintiff Linda L. Manzella dsgrdg@ptdprolog.net  
         DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, Et Al...  
          bkgroup@kmllawgroup.com  
         JOSHUA I. GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...  
          Josh.Goldman@padgettlawgroup.com,   kevin.shatley@padgettlawgroup.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, National Association, as Indenture  
          Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 1999-4 mwaldt@milsteadlaw.com,  
          bkecf@milsteadlaw.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...  
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                        TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Linda L. Manzella | : Case No. 15–14530–pmm |
| Debtor(s) | |

### *ORDER*
_____

AND NOW, this day , September 17, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

60
Form 195